118

PER CURIAM.

(No. 73-CC-387—Claimant

HOME OF THE GOOD SHEPHERD OF OMAHA, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed November 13, 1973.*

HOME OF THE GOOD SHEPHERD OF OMAHA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-63—Claimant

STEVE FARANTZOS, D.D.S., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed November 13, 1973.*

DR. STEVE FARANTZOS, D.D.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.